ACCEPTED
01-15-00155-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/3/2015 3:51:38 AM
CHRISTOPHER PRINI
CLERK

Charles R. Wade
4318 Woodmont Street
Houston, Texas 77045

April 2, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/3/2015 3:51:38 AM

CHRISTOPHER A. PRINE
Clerk

The Honorable Christopher A. Prine Clerk
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

Re: Copy of Pauper's Affidavit filed in Trial Court, *Charles Wade v. Harris County*: Court of Appeal Number: 01-15-00155-CV, Trial Court Case Number 2011-69056; In the Court of Appeals for the State of Texas, Frist District.

Dear Clerk:

Please except my Pauper's Affidavit that was filed in the Trial Court, Case Number 2011-69056, for the purpose of Filing Fees for the matter in Court of Appeal Number: 01-15-00155-CV.

Thank you for your assistance in this matter. Please contact me if you have any question.

Sincerely,

Charles R. Wade
4318 Woodmont Street
Houston, Texas 77045
Phone: (713) 434-0127
Fax:    (713) 434-0129

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing instrument has been furnished to Edward J. (Nick) Nicholas, LINEBARGER GOGGAN BLAIR & SAPSON, LLP, 4828 Loop Central Drive, Suite 600, HOUSTON, TEXAS 77081, the following counsel of record by faxing to (713) 844-3504, by E-Mail to: nick.nicholas@lgbs.com and by electronic filing through Efile.Texas.gov, properly addressed and transmitted, April, 2, 2015.

*Charles R. Wade*
Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127

Shelly Raymond Wade
8114 Hideaway Lake Circle
Spring, TX 77389
**Efile.Texas.gov**

Dr. Alex Melvin Wade, Jr.
01624189
Mark W. Stiles
3060 FM 3514
Beaumont, Texas 77705
**United States mail**

Dianne Ruth Winzer
Aka Dianne Ruth Wade
13518 Windy Willow Drive
Missouri City, TX 77489
**Efile.Texas.gov**

Liberace Wade
8152 Scenic Hwy., Ste. C
Baton Rouge, LA 70807
**Efile.Texas.gov**

Gary Bernard Wade
15206 Wimberly Park Dr.

Houston, TX 77049
**Efile.Texas.gov**

Patsy Wade
Rt. 4 Box 4860
San Augustine, TX 75972
**Efile.Texas.gov**

Janice Faye Coleman
16727 Lone Quail Ct
Missouri City, TX 77489
**Efile.Texas.gov**

Perdue, Brandon, Fielder, Collins & Mott
Attorneys for Five Corners Improvement District
1235 N. Loop West, Suite 600
Houston, Texas 77008
**Via Facsimile: (713) 862-1429**

**Attorney Annie Briscoe**
1217 Prairie Street
Houston, Texas 77002
(713) 270-8732
**Efile.Texas.gov**

Charles R Wade, Pro Se
4318 Woodmont
Houston, Texas 77045
713-434-0127